**Joseph PADVA, Respondent,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTA- TION, BUREAU OF DRIVER LI- CENSING, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 17, 2004.

## ORDER

PER CURIAM.

**AND NOW,** this 17th day of November, 2004, the Petition for Allowance of Appeal is hereby granted and the order of the Commonwealth Court is reversed based upon this Court's decision in *Siekierda v. Commonwealth of Pennsylvania, Dep't of Transp.,* —— Pa. ——, 860 A.2d 76, 2004 WL 2359860 (Pa. October 20, 2004).